# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher Baylor,

          Plaintiff,

Civil No. 19-cv-0442 (MJD/HB)

v.

**ORDER**

Ayano Eto, Heidi Wedan, Phillip C. Carruthers, Kelly Motzko, Lee R. Johnson, and Hennepin County Child Support,

          Defendants.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Hildy Bowbeer dated May 30, 2019 [Doc. No. 57] recommending that the matter be dismissed with prejudice. Plaintiff has objected to the whole Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. Ayano Eto's Motion to Dismiss [Doc. No. 21] is **GRANTED**;
3. Heidi Wedan and Hennepin County Child Support's Motion to Dismiss [Doc. No. 27] is **GRANTED**;

4. Lee R. Johnson's Motion to Dismiss [Doc. No. 33] is **GRANTED**; and

5. Phillip C. Carruthers and Kelly Motzko's Motion to Dismiss [Doc. No. 40] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 30, 2019

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court